

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Great Northern Energy, Inc.

No. 06-16-00030-CV

Original Mandamus Proceeding

Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we conditionally grant Great Northern's petition for writ of mandamus only with respect to the turnover of its counterclaim in the *Baker* Lawsuit. The trial court is directed to vacate the turnover order insofar as it requires a turnover of Great Northern's counterclaim in *Baker v. Great Northern Energy, Inc., et al.*, Civil Action No. 3:14-CV-00240-B, currently pending in the United States District Court for the Northern District of Texas, Dallas Division. We are confident the trial court will promptly comply, and our writ will issue only if it does not. We deny all other relief.

RENDERED MAY 31, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk